UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-660

| | | |
|---|---|---|
| **ROBERT M. LIESMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **AMY F. WEISBERG,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion Suggesting Mootness. Defendant filed a motion to dismiss (#6) on December 20, 2017. On January 10, 2018, plaintiff filed an Amended Complaint (#9), rendering defendant's initial motion to dismiss moot. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion Suggesting Mootness (#10) is **GRANTED**. Defendant's first Motion to Dismiss (#6) is **DENIED** without prejudice as moot.

Signed: February 2, 2018

Max O. Cogburn Jr.
United States District Judge