UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00660-MOC-DSC

| | |
|---|---|
| **ROBERT M. LIESMAN,** | )
| | )
| Plaintiff, | )
| | )
| Vs. | )  ORDER
| | )
| **AMY F. WEISBERG,** | )
| | )
| Defendant. | )

**THIS MATTER** is before the court on plaintiff's Motion to Stay consideration of Motion to Dismiss. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Stay (#15) consideration of Motion to Dismiss is **GRANTED**, and the Court **STAYS** its consideration of the Motion to Dismiss (#11) pending resolution of the Motion to Remand (#14) by Judge Cayer.

Signed: February 6, 2018



Max O. Cogburn Jr
United States District Judge

-1-